## RAY v. STATE.

No. 26942.

Court of Criminal Appeals of Texas.

April 14, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for a violation of the liquor law in Smith County. The punishment assessed is a fine of $100.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear regular.

The judgment of the trial court is affirmed.